**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN LIMBU,<br><br>    Plaintiff,<br><br>    v.<br><br>UST GLOBAL, INC.,<br><br>    Defendant. | Case No. CV 16-8499 DMG (JPRx)<br><br>**JUDGMENT** |

On June 29, 2017, this Court having granted Defendant's motion to dismiss with prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of UST Global, Inc. and against Karen Limbu and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATED: June 29, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-